```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE J05-0001--CV (RRB)
         "JAMES AL MARTIN ET AL V WELLS FARGO FINANCIAL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 01/12/05
            Closed: 04/11/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (430) Banks and Banking
                    9 USC 1 ET SEQ
            Origin: (1) Original Proceeding
            Demand: 123
        Filing fee: Paid $150.00 on 01/12/04 receipt # 10096874
          Trial by:
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MARTIN, JAMES AL | James Al Martin<br>Pro Per<br>POB 21147<br>Juneau, AK 99802-1147<br>907-586-3396 |
| PLF 2.1 | MARTIN, MARGARET E. | James Al Martin<br>(see above) |
| DEF 1.1 | WELLS FARGO FINANCIAL ALASKA INC | Jon S. Dawson<br>Davis Wright et al<br>701 W. 8th Avenue, Suite 800<br>Anchorage, AK 99501<br>907-257-5300<br>FAX 907-257-5399 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J05-0001--CV (RRB)
                      "JAMES AL MARTIN ET AL V WELLS FARGO FINANCIAL"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 01/12/05
           Closed: 04/11/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (430) Banks and Banking
                   9 USC 1 ET SEQ
           Origin: (1) Original Proceeding
           Demand: 123
       Filing fee: Paid $150.00 on 01/12/04 receipt # 10096874
         Trial by:


Document #   Filed      Docket text

    1 -  1   01/12/05   Complaint filed.

    1 -  2   01/12/05   PLF 1-2 motion (application) to confirm arbitration award.

 NOTE -  1   01/21/05   Issued: Summons.

    2 -  1   01/25/05   DEF 1 Attorney Appearance of J. Dawson (Davis).

   2A-  1   02/03/05   PLF 1-2 Return of Service Executed 1/24/05.

    3 -  1   02/04/05   RRB Order the plfs' shall follow the Federal and Local Rules as stated.
                        The clerk shall send a copy of the court's motion form PS12 and a pro se
                        handbook to the plfs.   cc: Martins w/PS12 & Pro se handbook, PSLC

    4 -  1   02/04/05   DEF 1 Answer and Counterclaim w/att exh.

    5 -  1   02/04/05   DEF 1 opposition to PLF 1-2 motion (application) to confirm arbitration
                        award (1-2).

    5 -  2   02/04/05   DEF 1 motion cross-motion for partial summary judgment or in the
                        alternative to vacate arbitration award under 9 USC § 10.

    6 -  1   02/07/05   RRB Minute Order re: notice regarding motion for summary judgment. cc:
                        cnsl

    7 -  1   02/16/05   DEF 1 Advice of counsel regarding subject matter jurisdiction of the US
                        District Court.

    8 -  1   02/25/05   DEF 1 Notice of plf's failure to oppose motion for partial summary
                        judgment.

    9 -  1   02/25/05   DEF 1 Notice of filing original signature in support of Def's oppo to
                        application to comfirm arbitration award and cross-mot for part sj.

   10 -  1   03/02/05   RRB Order that the arbritration award plf seek to confirm is null & void
                        as stated.  Since the plf claims under the FDCPA are dependant upon the
                        validity of their arbitration award, those claims also file as a matter
                        of law; denying motion (application) to confirm arbitration award (1-2);
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J05-0001--CV (RRB)
                     "JAMES AL MARTIN ET AL V WELLS FARGO FINANCIAL"

                                  For all filing dates

Document #   Filed      Docket text
```

|  |  |  |
|---|---|---|
|  |  | granting motion cross-motion for partial summary judgment (5-2). cc: cnsl |
| 11 - 1 | 03/08/05 | DEF 1 motion to dismiss counterclaim w/out prejudice prior to answer and for entry of final judgment. |
| 12 - 1 | 03/15/05 | PLF 1-2 motion for reconsideration w/att exhs. |
| 13 - 1 | 03/21/05 | RRB Minute Order re oppo to motio for reconsideration due 4/4/05. cc: cnsl |
| 14 - 1 | 03/31/05 | DEF 1 opposition to PLF 1-2 motion for reconsideration (12-1) w/att. |
| 15 - 1 | 04/01/05 | PLF 1-2 Supplement re: PLF 1-2 motion for reconsideration w/att exh. (12-1) |
| 16 - 1 | 04/01/05 | DEF 1 response to PLF 1-2 supplment re PLF 1-2 motion for reconsideration (12-1). |
| 17 - 1 | 04/04/05 | RRB Minute Order denying motion for reconsideration (12-1). cc: cnsl |
| 18 - 1 | 04/08/05 | DEF 1 Notice of plfs' failure to oppose motion for entry of final judgment. |
| 19 - 1 | 04/11/05 | RRB Judgment Def's counterclaim against plfs' is dismissed w/out prejudice. Jmt is entered in favor of Wells Fargo against the Martins on all claims asserted in the Martin's Application to Confirm Arbitration Award, which clms are dismissed with prej.  The Martins are not entitled to an award of costs or fees. Wells Fargo may file cost bill and mot for attorney fees w/in 10 days. Granting motion to dismiss counterclaim w/out prejudice prior to answer and for entry of judgment (11-1).  cc: cnsl, O&J File (Redistributed w/atty fee award of $14,730.04 to DEF 5/17/05.) |
| 19A- 1 | 04/18/05 | PLF 1-2 appeal to 9CCA of (19-1) filed 04/11/05. cc: J. Martin, cnsl, Judge, 9CCA |
| 20 - 1 | 04/20/05 | DEF 1 motion motion for award of attorney's fees w/att exhs. |
| 21 - 1 | 04/22/05 | Cy 9CCA Certificate of Record. (19A-1) cc: J. Martin, cnsl, Judge Beistline (9CCA #05-35392) |
| 22 - 1 | 05/04/05 | PLF 1-2 Notice of unavailability 5/5-5/20/05. |
| 23 - 1 | 05/11/05 | DEF 1 Notice of plfs' failure to oppose mot for award of atty's fees. |
| 24 - 1 | 05/11/05 | RRB Order granting motion for award of attorney's fees in the total amount of $14,730.04  (20-1).  cc: cnsl |
| 25 - 1 | 05/16/05 | Cy 9CCA Time Schedule Order. (19A-1) cc: cnsl |
| 26 - 1 | 05/24/05 | DEF 1 motion to require appellants to post cost bond. |
| 27 - 1 | 06/03/05 | PLF 1-2 opposition to DEF 1 motion to require appellants to post cost bond. (26-1) |
| 28 - 1 | 06/10/05 | DEF 1 reply to opposition to DEF 1 motion to require appellants to post cost bond (26-1). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J05-0001--CV (RRB)
                         "JAMES AL MARTIN ET AL V WELLS FARGO FINANCIAL"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 06/13/05 | RRB Order granting motion to require appellants to post cost bond in the amount of $1,000.00 w/in 10 days of this order (26-1).  cc: cnsl, finance |
| 30 - 1 | 07/12/05 | PLF 1-2 [AMENDED] appeal to 9CCA of (19-1) filed 04/11/05. cc: cnsl, Judge, 9CCA |
| 31 - 1 | 09/20/05 | DEF 1 Application re: Writ of Execution re: PLF 1 & 2. |
| 32 - 1 | 09/20/05 | DEF 1 Creditors Affidavit. |
| NOTE - 2 | 09/21/05 | Issued: writ of execution re: PLF 1 & Plf 2. |