FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 4:08

PD

Jon S. Dawson
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for Wells Fargo Financial Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT JUNEAU

| | |
|---|---|
| JAMES AL MARTIN and MARGARET E. MARTIN<br><br>Claimants/Plaintiffs,<br><br>v.<br><br>WELLS FARGO FINANCIAL ALASKA, INC.,<br><br>Respondent/Defendant. | Case No. J05-001 CV (RRB)<br><br>MOTION FOR RELEASE OF FUNDS TO JUDGMENT DEBTOR |

On or about December 1, 2005, the U.S. Marshall filed a Return on Writ of Execution indicating that the amount of $720.97 was received from First National Bank of Alaska in response to Wells Fargo Financial Alaska, Inc.'s ("WFF Alaska") writ of execution on the judgment entered in the above-captioned matter. A check for that amount was deposited with the Court. Margaret Martin has since informed counsel for WFF Alaska that the funds seized were the proceeds of her social security check and

33

would thus be exempt from execution. WFF Alaska has therefore agreed to return those funds to her and requests that the court issue the attached order instructing the clerk to mail a check for that amount to Ms. Martin.

DATED this 1st day of December, 2005.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Wells Fargo Financial Alaska, Inc.

By: _____
Eric J. Jenkins, ABA # 0011078

Certificate of Service:

I certify that on December 1, 2005, a true and correct copy of the foregoing document was served on the following via:

(X) First Class Mail
( ) Facsimile and Mail
( ) Hand Delivery

James A. Martin
Margaret E. Martin
PO Box 21147
Juneau, AK 99802

_____
Joyce Sheppard

IT IS SO ORDERED
this 4 day of January, 2006

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

MOTION FOR RELEASE OF FUNDS - 2
ANC 86348v1 60673-5