**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Al Martin & Margaret E. Martin | J05-001 CV (RRB) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Wells Fargo Financial Alaska, Inc. | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
301 W. Northern Lights Blvd., Anchorage, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eric Jenkins
Davis Wright Tremaine LLP
701 W. 8th Ave., Suite 800
Anchorage, AK  99501

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

MAR 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Writ on Wells Fargo Bank

Signature of Attorney or other Originator requesting service on behalf of: ☒ DEFENDANT ☐ PLAINTIFF
TELEPHONE NUMBER: (907) 257-5300
DATE: 9/16/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 6
District to Serve No.: 6
Signature of Authorized USMS Deputy or Clerk: [signed] Linda M Klemm
Date: 9-21-05

☒ I hereby certify and return that I have personally served...

Name and title of individual served: Gene Redfern

Date of Service: 9-28-05
Time: 10:35 pm
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | 5.00 | | 50.00 | | | |

**REMARKS:** Returned No funds