UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
OCT 0 6 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

| | |
|---|---|
| JAMES AL MARTIN; et al.,<br><br>　　　Plaintiffs - Appellants,<br><br>v.<br><br>WELLS FARGO FINANCIAL ALASKA INC.,<br><br>　　　Defendant - Appellee. | No. 05-35392<br>D.C. No. CV-05-00001-J-RRB<br><br><br><br>**AMENDED JUDGMENT** |
| JAMES AL MARTIN; et al.,<br><br>　　　Plaintiffs - Appellants,<br><br>v.<br><br>WELLS FARGO FINANCIAL INC.,<br><br>　　　Defendant - Appellee. | No. 05-35723<br>D.C. No. CV-05-00003-J-Beistl<br><br><br><br>**AMENDED JUDGMENT** |

　　　Appeal from the United States District Court for the District of Alaska (Juneau).

　　　This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Juneau) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED & REMANDED IN 05-35392 AND AFFIRMED IN 05-35723.**

Filed and entered 08/28/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 0 2 2006

by: [signature]
Deputy Clerk