IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES AL MARTIN and
MARGARET E. MARTIN,

      Plaintiffs,

vs.

WELLS FARGO FINANCIAL ALASKA,
INC.,

      Defendant.

Case No. 1:05-cv-0001-RRB

**ORDER DISMISSING CASE**

Pursuant to the direction of the United States Court of Appeal for the Ninth Circuit, Opinion No. 05-35392, this matter is hereby **DISMISSED** for lack of subject matter jurisdiction.

ENTERED this 20th day of October, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE